## IN THE SUPERIOR COURT OF GUAM

PEOPLE OF GUAM,

vs.

REBECCA MARIE BARCINAS SALAZAR,
*aka* **Rebecca Marie Doane**
DOB: 05/17/1976

BRIAN ANDREW MENDIOLA,
DOB: 08/19/1983

                                    Defendants.

) CRIMINAL CASE NO. **CF0706-24**
) GPD Report No. 24-23069
)
)
)
)
)
)           **DECISION & ORDER**
)    **RE. DEFENDANT REBECCA MARIE**
)     **BARCINAS SALAZAR'S MOTION TO**
)                **SEVER**
)
)
)
)
)
)

This matter came before the Honorable Alberto E. Tolentino on November 27, 2024, for a Pre-Trial Conference. Defendant Rebecca Marie Barcinas Salazar ("Defendant") was present via Zoom with counsel Public Defender Renita Taimanao-Munoz. Assistant Attorney General Kathleen O'Neil was present for the People of Guam ("People"). Following the hearing, the court took the matter under advisement pursuant to Supreme Court of Guam Administrative Rule 06-001, CVR 7.l(e)(6)(A) and CR1.1 of the Local Rules of the Superior Court of Guam. Having duly considered the parties' briefs, oral arguments, and the applicable law, the court now issues this Decision and Order **DENYING** the Defendant's Motion to Sever.

\\

\\

\\

## BACKGROUND

On October 17, 2024, Defendant Salazar and her co-defendant Brian Andrew Mendiola ("Co-Defendant") were each charged with POSSESSION OF A SCHEDULE II CONTROLLED SUBSTANCE (As a 3rd Degree Felony). *See* Indictment (Oct. 17, 2024). On November 12, 2024, the Defendant filed her Motion to Sever ("Motion"). Although the deadline for any opposition to the Motion was November 26, 2024, the People filed its Non-Opposition to the Defendant's Motion for Severance ("Non-Opposition"), without requesting leave of court, on November 27, 2024. During a Pre-Trial Conference held on November 27, 2024, the Defendant requested that the court take this matter under advisement upon being aware that the People filed its Non-Opposition that day. *See* Pre-Trial Conf. Mins. at 9:49:50–55:03AM (Nov. 27, 2024). Although the Co-Defendant waived his right to speedy trial during the Pre-Trial Conference, the court took the matter under advisement at the Defendant's request. *Id.*

## DISCUSSION

Under the Guam Rules of Criminal Procedure, the court may grant a severance of defendants "[i]f it appears that a defendant or the government is prejudiced by a joinder of offenses or of defendants in an indictment or information or by such joinder for trial together." 8 GCA § 65.35. "Generally, defendants who are charged together should be jointly tried." *U.S. v. Buena-Lopez*, 987 F.2d 657, 660 (9th Cir. 1993). The Court must balance the rights of the defendant to a fair trial absent prejudice, which may result from the joinder. *United States v. Lewis*, 787 F.2d 1318, 1321 (9th Cir. 1986).

In her Motion, the Defendant argued that she would be prejudiced if she remained on this case due to her Co-Defendant's assertion of speedy trial; being that she waived that right on November 7, 2024. *See* Mot. Sever at 2 (Nov. 12, 2024). Because she remains interested in

resolving her matter through the Adult Drug Court Program, while her Co-Defendant intended to proceed with speedy trial, she also believes that this will prejudice her if the court does not sever her from this case. *Id.* at 2–3.

While the Defendant believes that a difference in preferred resolution of this matter prejudices her, the court's record does not indicate steps have been made by either party in moving forward with the Defendant's interest in the Adult Drug Court program, such as eligibility screenings for the program or a formal plea agreement. It is also noteworthy that her interest in treatment to resolve her case, rather than confinement, may be questioned when considering her new criminal matter CF0041-25 that was filed on January 19, 2025.

Further, her Co-Defendant waived his right to speedy trial on the same day the court took the matter under advisement. Because of this, the court vacated Jury Selection and Trial, which had been scheduled for February 2, 2025. *See* Pre-Trial Conf. Mins. at 9:49:50–55:03AM (Nov. 27, 2024). And the next hearing for both defendants, who have waived their right to speedy trial, is scheduled for February 7, 2025. Ultimately, because her Co-Defendant is no longer asserted, any prejudice toward the Defendant from a joint trial in this case no longer exists.

\\

\\

\\

\\

\\

\\

\\

\\

\\

## CONCLUSION

For the reasons stated above, the court hereby **DENIES** Defendant Rebecca Marie Barcinas Salazar's Motion to Sever.

**SO ORDERED** this _____JAN 27 2025_____.



**HONORABLE ALBERTO E. TOLENTINO**
Judge, Superior Court of Guam

**SERVICE VIA E-MAIL**

I acknowledge that an electronic
Copy of the original was e mailed to

*AG, PDSC, APD*

Date *1/27/25* Time *4:70pm*

*Albert Calder Cn*

Deputy clerk, Superior Court of Guam